IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BERNARD GOODWIN, | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | |
| JO ANNE BARNHART,<br>Commissioner of<br>Social Security, | : | |
| Defendant | : | NO. 04-5468 |

## O R D E R

**AND NOW**, this 29th day of June, 2005, having considered the parties' motions for summary judgment, and after review of the Report and Recommendation of Magistrate Judge Charles B. Smith, **IT IS HEREBY ORDERED AS FOLLOWS**:

1) The Report and Recommendation is **APPROVED** and **ADOPTED**.

2) Defendant's Motion for Summary Judgment is **GRANTED**;

3) Plaintiff's Motion for Summary Judgment is **DENIED**; and

4) This case shall be **CLOSED** for statistical purposes.

BY THE COURT:

s/ John R. Padova
John R. Padova, J.